CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. _____    DIVISION _____    SECTION 8

VINCENT PALUMBO AND ANTHONY GUGLIUZZA

VERSUS

SCOTTSDALE INSURANCE COMPANY

FILED: _____    _____
                                     DEPUTY CLERK

### PETITION FOR DAMAGES AND BREACH OF CONTRACT

NOW INTO COURT, through undersigned counsel, come Vincent Palumbo, a person of the full age of majority and a resident of New Orleans, Louisiana, and Anthony Gugliuzza, a person of the full age of majority and a resident of Metairie, Louisiana, who hereby seek damages from the defendant for its failure to honor the terms of their insurance policy issued to the plaintiffs herein, all as more fully set forth below.

1.

Named as defendant herein is Scottsdale Insurance Company, which upon information and belief is a foreign insurer, which at all times pertinent to this litigation has been and is licensed to do and doing business in the State of Louisiana.

2.

On September 1, 2008, Anthony Gugliuzza was and is the owner of a residence located at 6505 Wuerple Street, New Orleans, Louisiana. On September 1, 2008 Vincent Palumbo was and is the first mortgagor for the property at 6505 Wuerpel St.

3.

At all times pertinent to this litigation, Scottsdale Insurance Company had issued to Vincent Palumbo and Anthony Gugliuzza, and had in full force in effect a policy of insurance, which upon information and belief is policy number DFS0902780, which provided coverage for wind and storm damage to the property located at 6505 Wuerple Street in New Orleans, Louisiana.

**VERIFIED**

1

4.

On or about September 1, 2008, Hurricane Gustav and the related storms occurred in the New Orleans, Louisiana area.

5.

As a result of the wind and storms related to Hurricane Gustav, a large oak tree, which was located in the back yard of the property at 6505 Wuerple Street was knocked over and into the rear corner of the residence at 6505 Wuerple Street.

6.

As a result of being struck by the falling tree, the residence sustained significant structural damage, including both lateral movement and a racking of the framing of the residence. As a result of this structural damage, the framing of the residence was damaged and knocked out of plumb and square orientations. Accordingly, significant structural work was required to repair and straighten the framing of the structure and to re-plumb and square the multiple openings for doors and windows, as well as the general frame work of the residence.

7.

In August, 2006, the residence in question had been inspected by a structural engineer, Robert Anderson, at the request of the owners in connection with their purchase of the property. At that time the property was inspected by Mr. Anderson and found to be structurally sound with all framing in satisfactory condition. Accordingly, the owners proceeded with their renovations of the property.

8.

Subsequent to the building being struck by the falling tree on September 1, 2008, the owners of the residence once again had the building inspected by Robert Anderson, who inspected the property, photographed the damage and rendered a report detailing the skewing of the framing of the building, as discussed above. Mr. Anderson issued a report regarding the extent of the damage from the falling tree to the owners on or about December 15, 2008.

9.

The owners of the property submitted a claim to Scottsdale Insurance Company for the damage caused to the property as a result of the falling tree, but Scottsdale refused to pay the claim. Subsequently, the owners submitted to Scottsdale copies of Mr. Anderson's reports, detailing his findings on the structural condition of the property in 2006 and in December 2008.

2

Nevertheless, Scottsdale has and continues to refuse to pay for damage to the residence at 6505 Wuerple Street.

10.

Despite a valid claim having been submitted by their insureds, Scottsdale Insurance Company has refused to pay the claim and has relied upon policy exclusions in the above referenced policy, which are not applicable to the damage sustained by the property in question.

11.

Accordingly, Vincent Palumbo and Anthony Gugliuzza assert that Scottsdale Insurance Company is in breach of its contract with them through Scottsdale's willful and intentional failure to pay for the damages incurred at 6505 Wuerple Street as a result of this incident. Accordingly, Vincent Palumbo and Anthony Gugliuzza submit that they have sustained damages, including but not limited to the following items:

   a. Physical damage to the structure at 6505 Wuerple Street

   b. Delay in the renovation and repair to the residence because of the defendant's failure to pay the claim

   c. Any and all applicable penalties, attorney fees for which Scottsdale is liable because of their willful and intentional failure to honor their insurance contract commitments and to pay a properly documented and submitted claim for the damages as set forth above, as provided for in Louisiana Revised Statutes, specifically including but not limited to LSA RS 22:658, 1220, et seq

   d. Additional costs and interest caused by the delays of the defendant in properly processing and adjusting the claim including additional expenses and interest.

   e. All applicable attorneys fees, costs and interest related to this litigation

WHEREFORE, after due proceedings are had, Vincent Palumbo and Anthony Gugliuzza pray that a judgment be rendered in their favor against Scottsdale Insurance Company for the full amount of their damages, plus interest, costs, attorneys fees and all applicable statutory penalties against the defendant herein.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

_____
GEORGE J. NALLEY, JR.          (9883)
Suite 200
2121 Ridgelake Drive
Metairie, LA 70001
(504) 838-8188
Attorney for Vincent Palumbo and Anthony Gugliuzza

PLEASE SERVE:

**Scottsdale Insurance Company**
through their agent for service of process
Louisiana Secretary of State
Jay Dardenne
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

4



## NALLEY and DEW
A PROFESSIONAL LAW CORPORATION
SUITE 200
2121 RIDGELAKE DRIVE
METAIRIE, LOUISIANA 70001

GEORGE J. NALLEY, JR. [1]
DONA J. DEW [2]
RACHEL A. SMITH
CHRISTOPHER A. GROSS

TELEPHONE: (504) 838-8188
FACSIMILE: (504) 838-0008

[1] ALSO ADMITTED IN THE STATE OF TEXAS
[2] ALSO ADMITTED IN THE STATES OF FLORIDA AND TEXAS

August 6, 2009

Clerk of Court
Civil District Court
 Orleans Parish
421 Loyola Ave., Rm 402
New Orleans, LA  70112

        Re: Vincent Palumbo and Anthony Gugliuzza v. Scottsdale Insurance Company
           **Action No: NEW SUIT**
           Our File: 41.125

Dear Sir or Madam:

  Enclosed are an original and two (2) copies of a Petition for Damages which we are filing in the above referenced matter. We ask that the original pleading be filed into the record and a conformed copy returned to us in the enclosed self addressed envelope. We have also enclosed our firm's checks in the amount of $366 and $74.36 to cover the filing and service fees.

  Thank you for your assistance and cooperation. Should you have any questions, please do not hesitate to contact me.

           Cordially,

           GEORGE J. NALLEY, JR.

GJN\cp
Enclosure

ATTORNEY'S NAME: Nalley Jr, George   09883
AND ADDRESS:    2121 RIDGELAKE DR., SUITE 200
                Metairie   LA  70001

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:  2009 -- 08303    1                              SECTION:  8 -- N

PALUMBO, VINCENT   ET AL VERSUS SCOTTSDALE INSURANCE COMPANY

## CITATION

TO: SCOTTSDALE INSURANCE COMPANY
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS., LOUISIANA SECRETARY OF
STATE: JAY DARDENNE
8585 ARCHIVES AVE.

BATON ROUGE                    LA   70809

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES  W/ Discovery
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

***********************************************************************
*               ADDITIONAL INFORMATION                                  *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information. *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE *
***********************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA       August 11, 2009

Clerk's Office, Room 402, Civil Courts Building,           DALE N. ATKINS, Clerk of
421 Loyola Avenue                                           The Civil District Court
New Orleans, LA                                             for the Parish of Orleans
                                                            State of LA
                                                            by _____
                                                                     Deputy Clerk

------------------------------------------------------------
                    SHERIFF'S RETURN
              (for use of process servers only)

PERSONAL SERVICE                          DOMICILIARY SERVICE

On this ____ day of _____            On this ____ day of _____
___ served a copy of the w/i petition    ___ served a copy of the w/i petition
FOR DAMAGES                              FOR DAMAGES

On                                       On
SCOTTSDALE INSURANCE COMPANY             SCOTTSDALE INSURANCE COMPANY

THROUGH: THEIR AGENT FOR SERVICE OF PROCESS.,  THROUGH: THEIR AGENT FOR SERVICE OF PROCESS.,
LOUISIANA SECRETARY OF STATE: JAY DARDENNE     LOUISIANA SECRETARY OF STATE: JAY DARDENNE

                                         by leaving same at the dwelling house, or usual place of
                                         abode, in the hands of _____
Returned same day                        a person of suitable age and discretion residing therein as
            No. _____                  a member of the domiciliary establishment, whose name
                                         and other facts connected with this service I learned by
Deputy Sheriff of _____        interrogating HIM / HER the said _____
Mileage: $ _____               SCOTTSDALE INSURANCE COMPANY

___ / ENTERED / ___                      being absent from the domicile at time of said service.
PAPER     RETURN                         Returned same day
01          01                                                                No. _____
SERIAL NO.  DEPUTY    PARISH             Deputy Sheriff of _____

*Handwritten diagonal note: "I made personal service by serving a copy of the w/i petition ordering a copy of this document to the named party through the Secretary of State, Parish of East Baton Rouge, Louisiana" — AUG 24 2009 — JULIE NESBITT*

*Stamp: RECEIVED SHERIFF'S OFFICE AUG 19 A 9:40*


A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA


VERIFIED

FILED
2009 SEP 15 P 12: 21
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2009-08303 DIVISION "N-8"

VINCENT PALUMBO and ANTHONY GUGLIUZZA

VERSUS

SCOTTSDALE INSURANCE COMPANY

FILED: _____   _____
DEPUTY CLERK

### NOTICE OF REMOVAL

To: The Honorable Ethel Simms Julien
Judge, Division "N"
Civil District Court, Parish of Orleans
421 Loyola Avenue, Room 312
New Orleans, LA 70112

Dale N. Atkins
Clerk of Court
Civil District Court, Parish of Orleans
421 Loyola Avenue, Room 402
New Orleans, LA 70112

George J. Nalley, Jr., Esq.
Nalley and Dew
Suite 200
2121 Ridgelake Drive
Metairie, LA 70001
*Attorneys for Plaintiffs, Vincent Palumbo
and Anthony Gugliuzza*

Pursuant to 28 U.S.C. §1446, you are hereby notified that the attached Petition for Removal of the above-entitled and numbered civil action and Notice of Removal have been filed in the United States District Court for the Eastern District of Louisiana, and a copy thereof has been filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, effecting removal of these proceedings.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

By: _____
CYNTHIA J. THOMAS, Bar #22631
MARK E. SEAMSTER, Bar #17136
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone: 985-674-6680
Facsimile: 985-674-6681
*Attorneys for Defendant,*
*Scottsdale Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Petition for Removal was this date served upon all counsel or record and any additional parties listed below by placing a copy of the same in the United States Mail, postage prepaid and sent to their last known address as follows:

The Honorable Ethel Simms Julien
Judge, Division "N"
Civil District Court, Parish of Orleans
421 Loyola Avenue, Room 312
New Orleans, LA 70112

Dale N. Atkins
Clerk of Court
Civil District Court, Parish of Orleans
421 Loyola Avenue, Room 402
New Orleans, LA 70112

George J. Nalley, Jr., Esq.
Nalley and Dew
Suite 200
2121 Ridgelake Drive
Metairie, LA 70001

Mandeville, Louisiana this _15__ day of September, 2009.

_____
CYNTHIA J. THOMAS, Bar #22631
MARK E. SEAMSTER, Bar #17136
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone: 985-674-6680
Facsimile: 985-674-6681
*Attorneys for Defendant,*
*Scottsdale Insurance Company*